In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00043-CV
_____


IN THE INTEREST OF L.J. AND J.O.J.


On Appeal from the County Court at Law
Orange County, Texas
Trial Cause No. C180173-D


**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.


PER CURIAM

Submitted on February 26, 2020
Opinion Delivered February 27, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.